IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA

v.

ANTOINE GARFIELD RUSHIN

Case No. 2:16-mj-414
MAGISTRATE JUDGE KING

**ORDER**

Upon motion, ECF No. 4, and for good cause shown, the United States Attorney is hereby **GRANTED** leave to dismiss the *Complaint* filed against Antoine Garfield Rushin. *See* Fed. R. Crim. P. 48(a). Because it appears that the Interstate Agreement on Detainers, which defendant had properly invoked, *see Notice*, ECF No. 3, was violated and because it appears that defendant has been negatively impacted in his treatment and rehabilitation by virtue of this violation, the dismissal of the *Complaint* is **WITH PREJUDICE**. *See* 18 U.S.C. app. 2, § 9.

A certified copy of this *Order* shall be the authority of the United States Marshal and other persons to act.

February 26, 2019

/s/ Norah McCann King
NORAH MCCANN KING
United States Magistrate Judge